UST-32A, 3/03

DALE D ULRICH
Chapter 7 Panel Trustee
PMB-615, 1928 E HIGHLAND  SUITE F104
PHOENIX, AZ 85016

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| GOMEZ, JOSEPH G | ) | Case No. 09-05126-PHX RJH |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of  $ 1,540.86 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

Date

RANDOLPH J HAINES
UNITED STATES BANKRUPTCY JUDGE