**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 21, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

UST-32A, 3/03

DALE D ULRICH
Chapter 7 Panel Trustee
PMB-615, 1928 E HIGHLAND SUITE F104
PHOENIX, AZ 85016

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| GOMEZ, JOSEPH G | ) Case No. 09-05126-PHX RJH |
| | ) |
| | ) ORDER FOR PAYMENT OF |
| | ) UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) U.S. BANKRUPTCY COURT |
| | ) |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $ 1,540.86 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____  _____
Date                         RANDOLPH J HAINES
                             UNITED STATES BANKRUPTCY JUDGE